UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Herbert Farrior**  Docket No. 7:23-CR-65-11D

### Petition for Action on Supervised Release

COMES NOW Cierra M. Wallace, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Herbert Farrior, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With Intent to Distribute a Quantity of Marijuana, in violation of 21 U.S.C. § 846, 21 U.S.C. § 841(a)(1), and 21 U.S.C. § 841(b)(1)(D); and Possession With Intent to Distribute a Quantity of Marijuana and Aiding and Abetting, in violation of 21 U.S.C. § 841(a)(1), 21 U.S.C. § 841(b)(1)(D), and 18 U.S.C. § 2, was sentenced by the Honorable James C. Dever III, U.S. District Judge, on June 28, 2024, to the custody of the Bureau of Prisons for a term of 344 days. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Herbert Farrior was released from custody on June 28, 2024, at which time the term of supervised release commenced.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant reported he is interested in completing the Moral Reconation Therapy group that would increase his opportunities to succeed on supervision. Moral Reconation Therapy is a cognitive-behavioral treatment program that leads to enhanced moral reasoning, better decision making, and more appropriate behavior. As a result, the probation office is recommending that a Cognitive Behavioral Therapy condition be added.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. 1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Mark Culp
Mark Culp
Supervising U.S. Probation Officer

/s/ Cierra M. Wallace
Cierra M. Wallace
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 910-679-2034
Executed On: August 19, 2025

Herbert Farrior
Docket No. 7:23-CR-65-11D
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __19__ day of __August__, 2025, and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
U.S. District Judge